**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINA SEMONE ROBINSON, an individual,<br><br>                       Plaintiff,<br><br>v.<br><br>PETER J. BARRETT; JUSTIC C. OLSON; ARLINGTON POLICE DEPARTMENT; and CITY OF ARLINGTON,<br><br>                       Defendants. | No. 2:19-cv-00213 RSM<br><br>**STIPULATION AND PROTECTIVE ORDER** |

## STIPULATION

The City of Everett Police Department currently has custody of all remaining physical evidence related to the incident at issue in this action. Plaintiff has requested her forensic expert, Mr. Kay Sweeney, be allowed to examine the evidence at his place of business. This stipulation is intended to provide Mr. Sweeney the opportunity to examine and analyze the evidence, while protecting the physical and evidentiary integrity of that evidence.

Based on the above, THE FOLLOWING IS HEREBY STIPULATED AND AGREED by and between all parties in this matter:

1. The evidence will be made available for Kay Sweeney to pick up at the Everett Police Department. Mr. Sweeney shall contact Captain Lineberry (or appointed designee representing Captain Lineberry) at the Everett Police Department to coordinate a mutually convenient date and time for the transfer of evidence. The evidence shall be made available within 5 business days of the date of entry of this order.

STIPULATION AND PROTECTIVE ORDER - 1
2:19-cv-00213 RSM

1002-01165/rodinson 19-213 stip PO.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

2. Mr. Sweeney shall personally sign for receipt of each piece of evidence removed from the Everett Police Department.

3. Mr. Sweeney shall return each and every piece of evidence to Captain Lineberry (or appointed designee representing Captain Lineberry) at the Everett Police Department no later than 60 calendar days from when they were picked up by Mr. Sweeney.

4. Forensically accepted procedures to repackage and reseal each item of evidence shall be used in order to maintain the protection and retention of everything contained within the original packaging. When opening any package, the original seals should be preserved. If the original seals must be broken to access the contents of the package, the seals should be cut and not obliterated in a manner so as to maintain identification marking on the original seal. The original packaging and labeling from the Everett Police Department shall be included with each repackaged item of evidence, and the item number shall be included on the exterior of each package.

5. Mr. Sweeney shall keep all of the evidence in his personal possession, or in his locked evidence vault, for the entire time the items are in his possession. Mr. Sweeney shall keep a log of all individuals who view or examine the evidence in its unpackaged state. The log shall be signed by Mr. Sweeney, and submitted to the Everett Police Department at the time the evidence is returned. Plaintiff shall also provide a copy of this log to Defendants.

6. All persons who view or examine the evidence shall wear latex or Nitrile gloves when examining the evidence.

7. Unless stated in this order, agreed to in advance in writing or otherwise ordered by the Court, the evidence shall not be altered, diminished, tampered with or in any way changed from its original condition and shall be returned in precisely the same condition and packaging in which it was received.

8. In examining/analyzing the evidence, Mr. Sweeney shall adhere to all accepted standards of laboratories and forensic scientists accredited by the American Society of Crime Laboratory Directors/Laboratory Accreditation Board (ASCLAD/LAB) for the

STIPULATION AND PROTECTIVE ORDER - 2
2:19-cv-00213 RSM

1002-01165/rodinson 19-213 stip PO.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

handling of evidence.

9. Any person actively working on the case under the directions/supervision of Kay Sweeney, opening/repackaging evidence, preparing sketches or diagrams, preparing notes, consulting with, photographing or video documenting evidence must be clearly identified for each portion of work conducted and referenced in the work product notes and report. Any examination conducted by an assistant or intern must be disclosed to Defendants as to their involvement and responsibility in the case file notes and report. Plaintiff shall provide this documentation to Defendants.

10. All testing must be non-destructive. Presumptive spot field testing may be allowed as long as both Plaintiff and Defendants have adequate representation to observe the location tested and result of the field test. No sprays, transfers or large scale potentially destructive processes (such as the application of Luminol or other large volume reagent depositions) shall be conducted unless authorized by both Plaintiff and Defendants in writing.

11. Plaintiff waives any right to challenge, question or otherwise attack chain of custody or the integrity of the items of evidence for the period of time between Mr. Sweeney's retrieval of the evidence and when he returns it to the Everett Police Department.

12. If any items of evidence are not returned to the Everett Police Department in its original condition, Defendants shall be permitted to present evidence and testimony regarding the evidence, including an explanation for the absence of the evidence, photographs of the evidence, and expert opinions regarding the evidence.

13. Mr. Sweeney shall provide to the Everett Police Department a written explanation of any and all alterations or changes in any item of evidence or packaging, or any portion therefrom from the time he takes custody of them until they are returned to the Everett Police Department. Such writing shall be signed by Mr. Sweeney, and submitted to Everett Police Department at the time the evidence is returned. Plaintiff shall provide a copy of such writing to Defendants.

14. A copy of this order shall be served on Mr. Sweeney at the time the evidence

STIPULATION AND PROTECTIVE ORDER - 3
2:19-cv-00213 RSM

1002-01165/rodinson 19-213 stip PO.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | |
|---|---|
| 1 | is transferred to him |
| 2 | |
| 3 |       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |
| 4 |       DATED this 26th day of April 2019. |

NELSON LANGER ENGLE, PLLC

By: */s/ Fred P. Langer (per email authorization)*
By: */s/ Aaron I. Engle (per email authorization)*
    Fred P. Langer, WSBA #25932
    Aaron I. Engle, WSBA #37955
Attorneys for Plaintiff

12055 15th Ave. NE, #100
Seattle, WA 98125
T: (206) 623-7520
F: (206) 622-7068
Email: FredL@NLElaw.com
       AaronE@NLElaw.com


KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Richard B. Jolley*
    Richard B. Jolley, WSBA #23473
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: rjolley@kbmlawyers.com

STIPULATION AND PROTECTIVE ORDER - 4
2:19-cv-00213 RSM

1002-01165/rodinson 19-213 stip PO.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

MAZZONE LAW FIRM, PLLC

By: */s/ Peter Mazzone (per email authorization)*
By: */s/ Braden Pence (per email authorization)*
By: */s/ James Herr (per email authorization)*
    Peter Mazzone, WSBA #25262
    Braden Pence, WSBA #43495
    James Herr, WSBA #49811
Attorneys for Plaintiff

3002 Colby Ave., #302
Everett, WA 98201
T: (425) 259-4989
F: (425) 259-5994
Email: PeterM@mqazzonelaw.com
        BradenP@mazzonelaw.com
        JamesH@mazzonelaw.com


BAILEY, DUSKIN & PIEFFLE, P.S.

By: */s/ Steven J. Peiffle (per email authorization)*
By: */s/ Bradley E. Nuenzig (per email authorization)*
    Steven J. Peiffle, WSBA #14704
    Bradley E. Neunzig, WSBA #22365
Attorneys for Defendants

P.O. Box 188
Arlington, WA 98223
T: (360) 435-2168
F: (360) 435-6060
Email: steve@snolaw.com
        brad@snolaw.com


        PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: April 29, 2019.

                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT
                JUDGE

STIPULATION AND PROTECTIVE ORDER - 5
2:19-cv-00213 RSM

1002-01165/rodinson 19-213 stip PO.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# EXHIBIT A

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name]. of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Western District of Washington on [date] in the case of _____ **[insert formal name of the case and the number and initials assigned to it by the court]**. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Western District of Washington for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

STIPULATION AND PROTECTIVE ORDER - 6
2:19-cv-00213 RSM

1002-01165/rodinson 19-213 stip PO.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423