# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NINA SEMONE ROBINSON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PETER J. BARRETT; JUSTIN C. OLSON; ARLINGTON POLICE DEPARTMENT; and CITY OF ARLINGTON,<br><br>　　　　　　　Defendants. | No. 2:19-cv-00213 RSM<br><br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nina Semone Robinson and Defendants Peter J. Barrett, Justin C. Olson, Arlington Police Department and City of Arlington that all of Plaintiff's claims against all Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: _____　　　　　NELSON LANGER ENGLE, PLLC


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Fred P. Langer, WSBA #25932
　　　　　　　　　　　　　　　　　Aaron I. Engle, WSBA #37955
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　12055 15th Ave. NE, #100
　　　　　　　　　　　　　　　　　Seattle, WA 98125

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:19-cv-00213 RSM

1002-01165/robinson 19-213 stip dsm

Keating, Bucklin & McCormack, Inc., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | Ph: (206) 623-7520 / FAX (206) 622-7068 |
| 1 | FredL@NLElaw.com |
| 2 | AaronE@NLELaw.com |

Dated: _____   KEATING, BUCKLIN & McCORMACK, INC., P.S.

_____
Richard B. Jolley, WSBA #23473
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
rjolley@kbmlawyers.com

Dated: _____   BAILEY, DUSKIN & PEIFFLE, P.S.

_____
Steven J. Peiffle, WSBA #14704
Bradley E. Neunzig, WSBA #22365
Attorneys for Defendants

P.O. Box 188
Arlington, WA 98223
Ph: (360) 435-2168 / FAX: (360) 435-6060
steve@snolaw.com
brad@snolaw.com

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against all Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 30 day of October 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:19-cv-00213 RSM
1002-01165/robinson 19-213 stip dsm

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423